STATE of Missouri, Respondent,

v.

William BEXTEN,
Defendant/Appellant.

No. ED 75412.

Missouri Court of Appeals,
Eastern District,
Division Five.

Sept. 28, 1999.

Irene Karns, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before: RHODES RUSSELL, C.J., LAWRENCE G. CRAHAN, J., and CHARLES B. BLACKMAR, Senior Judge.

### ORDER

PER CURIAM.

William Bexten appeals the judgment entered on a jury verdict finding him guilty of driving while intoxicated in violation of section 577.010 RSMo 1994 on which he was sentenced to five years imprisonment.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law.

We affirm the judgment pursuant to Rule 30.25(b).